```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.
```
The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: **December 02, 2009**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26738/2982044733

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Peggy Lee Blakley<br>        Debtor.<br>_____<br>U.S. Bank, N.A.<br>        Movant,<br>   vs.<br><br>Peggy Lee Blakley, Debtor, David M. Reaves, Trustee.<br><br>        Respondents. | No. 2:09-bk-19162-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 18, 1997 and recorded in the office of the Butler County Recorder wherein U.S. Bank, N.A. is the current beneficiary and Peggy Lee Blakley has an interest in, further described as:

> Part of Lot Number Thirty Eight (38), as said lot is known and designated on the recorded plat of the City of Middletown, County of Butler and State of Ohio, and more particularly described as follows:
>
> Commencing at a point on the West side of Main Street, 25.5 feet Northwardly from the Southeast corner of said Lot Number Thirty Eight (38), and running Northwardly on the West side of Main Street, 25.5 feet, thence westwardly and at right angles with Main Street, Twelve (12) poles to an alley, thence Southwardly along said alley, 25.5 feet, thence Eastwardly and parallel with the South line of said Lot, Twelve (12) poles to the Place of Beginning. Subject to easements, conditions and restrictions of record.
>
> Parcel No. Q6511-005.000-018

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

---

JUDGE OF THE U.S. BANKRUPTCY COURT