**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-28312/0002145498

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 16, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Peggy Lee Blakley<br>      Debtor.<br>_____<br>National City Real Estate Services, LLC (sbm) successor by merger to National City Mortgage Inc. (fka) formerly known as National City Mortgage Co.<br>      Movant,<br>  vs.<br><br>Peggy Lee Blakley, Debtor, David M. Reaves, Trustee.<br><br>      Respondents. | No. 2:09-bk-19162-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #22) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is the subject of a Deed of Trust dated June 30, 2005 and recorded in the office of the Maricopa County Recorder wherein National City Real Estate Services, LLC (sbm) successor by merger to National City Mortgage Inc. (fka) formerly known as National City Mortgage Co. is the current beneficiary and Peggy Lee Blakley has an interest in, further described as:

    LOT 40, EDEN ESTATES, ACCORDING TO BOOK 442 OF MAPS, PAGE 29, RECORDS OF MARICOPA COUNTY, ARIZONA.

    IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

    IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

    DATED this ____ day of _____, 2009

_____
JUDGE OF THE U.S. BANKRUPTCY COURT